IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40789
Summary Calendar
_____

EDWARD J. YARBOROUGH,

                                        Plaintiff-Appellant,

versus

CURTIS TREBBLE ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-G-94-762
- - - - - - - - - -
December 5, 1996

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Texas state prisoner Edward J. Yarborough, # 596173, appeals

the dismissal of his suit pursuant to 28 U.S.C. § 1915(d), now

recodified as 28 U.S.C. § 1915(e)(2)(B)(i).  Yarborough contends

that the defendants were deliberately indifferent to his serious

medical needs and assigned him work that was inappropriate in

light of his medical condition.  Having reviewed the record and

Yarborough's brief, we hold that the appeal from the district

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

court's dismissal of the suit is frivolous.  See <u>Yarborough v. Trebble</u>, No. G-94-762 (S.D. Tex. July 29, 1996).

We warn Yarborough that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  To avoid sanctions Yarborough is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED; SANCTION WARNING ISSUED.